**No. 45663.**—Protest 47932–K of Premier Peat Moss Corp. (New York).

Opinion by EVANS, J. It was stipulated that the peat moss in question is of the same character as that involved in *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319). The claim for free entry under paragraph 1685 was therefore sustained.

**No. 45664.**—Protests 983000–G, etc., of Sun Goon Shing Co. et al. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372) certain items were held free of duty as crude drugs under paragraph 1669. Sliced drugs were held dutiable at 10 percent under paragraph 34.

**No. 45665.**—Protests 976883–G, etc., of Kwong Chong Imp. Co. et al. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372) certain items were held free of duty under paragraph 1669. Sliced drugs were held dutiable at 10 percent under paragraph 34.

**No. 45666.**—Protest 975724–G of Wm. X. Huber Co. (Los Angeles).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Oy Wo Tong* v. *United States* (5 Cust. Ct. 70, C. D. 372) certain items were held free of duty under paragraph 1669. Sliced drugs were held dutiable at 10 percent under paragraph 34.

**No. 45667.**—Protest 974429–G of Lamborn & Co. (Philadelphia).

Opinion by EVANS, J. On the record presented the protest was overruled.

**No. 45668.**—Protest 789659–G of Edw. & John Burke, Ltd. (San Francisco).

Opinion by EVANS, J. On the record presented the protest was overruled.

**No. 45669.**—Protests 643651–G, etc., of H. Tofini et al. (Philadelphia).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45670.**—Protests 780886–G, etc., of Ashcraft-Wilkinson Co. et al. (Philadelphia).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.